**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YOUNG YIL JO, ) | 1:04-cv-6724 OWW SMS P |
| ) | |
| Petitioner, ) | ORDER DENYING MOTION FOR |
| ) | RECONSIDERATION |
| v. ) | |
| ) | |
| GEORGE W. BUSH, et al., ) | |
| ) | |
| Respondents. ) | |
| ) | |

Plaintiff seeks reconsideration of the order dismissing his action, one of more than 30 civil actions filed in this District, although he is a prisoner in Federal custody at the Federal Correctional Institution in Waseca, Minnesota.

No new law, changed facts, clear error, or any other ground for reconsideration are presented.  The motion for reconsideration is DENIED.

IT IS SO ORDERED.

**Dated:   March 28, 2006**              **/s/ Oliver W. Wanger**
emm0d6                                    UNITED STATES DISTRICT JUDGE

1